Exhibit "A"

## SETTLEMENT AGREEMENT

This Confidential Settlement Agreement and Mutual General Release (the "Agreement") is made and entered into on the date(s) reflected below by and between CELIDA J. DIAZ ("Diaz"), on the one hand, and TAYLOR ORTHODONTIC SPECIALISTS, P.A., a Florida corporation ("the Company"), and RONALD S. TAYLOR, individually ("Taylor"), on the other hand.

WHEREAS:

A. The Plaintiff previously was employed by the Company.

B. In or about August 2014, the Plaintiff filed a lawsuit against the Company in the United States District Court for the Southern District of Florida ("the District Court"), styled *Celida J. Diaz v. Taylor Orthodontic Specialists, P.A. and Ronald S. Taylor*, Case No. 9:14-cv-81257-BB (the "Civil Action").

C. The Plaintiff claims that she is entitled to but did not receive from the Defendants certain compensation allegedly owed to her pursuant to, *inter alia*, the Fair Labor Standards Act of 1938, as amended (the "Alleged Compensation Amount").

D. The Company and Taylor (collectively referred to as "the Defendants") dispute and deny that the Plaintiff is entitled to receive the Alleged Compensation Amount or any part thereof.

E. There are bona fide disputes between the Defendants and the Plaintiff as to whether the Plaintiff is entitled to receive the Alleged Compensation Amount or any part thereof.

F. The Defendants deny each and every material allegation set forth in the Civil Action, and deny having committed any wrong or causing any injury to the Plaintiff.

G. In order to avoid the further costs and burdens of litigation, the Company and the Plaintiff now desire to settle fully and finally any and all differences between them, including, but not limited to, those differences embodied in the Civil Action.

NOW, THEREFORE, the Company and the Plaintiff agree as follows:

1. The foregoing recitals constitute part of this Agreement.

2. In consideration of this Settlement Agreement and the mutual promises set forth herein, and in full, final and complete settlement, the Company shall cause to be paid to the Plaintiff and her attorneys, Behren Law Firm ("Plaintiff's attorney"), the total gross

CD Initials

amount of Five Thousand Five Hundred Dollars and No Cents ($5,500.00) (the "Settlement Amount"). Plaintiff shall receive the total gross amount of $2,000.00, representing alleged unpaid wages and liquidated damages, and Behren Law Firm shall receive the total gross and net amount of $3,500.00, representing attorneys' fees and costs. The Settlement Amount shall be paid in two (2) equal monthly installments, as follows:

    a.    Within ten (10) calendar days of the District Court entering an Order approving this Agreement and dismissing the Civil Action with prejudice, the Company shall deliver to Plaintiff's counsel one check made payable to Plaintiff in the gross sum of $500.00, less applicable deductions and withholdings, one check made payable to Plaintiff in the gross and net sum of $500.00, and one check made payable to Plaintiff's counsel in the gross and net sum of $1,750.00; and

    b.    By no later than January 15, 2015, contingent upon the District Court having entered an Order approving this Agreement and dismissing the Civil Action with prejudice, the Company shall deliver to Plaintiff's counsel one check made payable to Plaintiff in the gross sum of $500.00, less applicable deductions and withholdings, one check made payable to Plaintiff in the gross and net sum of $500.00, and one check made payable to Plaintiff's counsel in the gross and net sum of $1,750.00.

    The payments set forth above will be reported by the Company for tax purposes on Forms W-2 and 1099 to be issued to Plaintiff, and Form 1099 to be issued to Behren Law Firm (Tax ID Number 20-1430071). The Plaintiff further represents, warrants, and acknowledges that the payments to Plaintiff's attorney is entirely at her instigation and request both as to fact and amount, and for her convenience, and that the Company is not in any manner whatsoever involved in her request that such payments be so directed. The Plaintiff agrees and acknowledges that, between them, as allocated pursuant to applicable law, she will be solely responsible for the payment of any and all taxes with respect to the payments referenced in this Paragraph as non-wage damages, and represents and warrants that such taxes will be timely and fully paid.

    3.    The parties agree and acknowledge that there are good faith, bona fide disputes between the Company and the Plaintiff as to whether the Plaintiff is entitled to receive the Alleged Compensation Amount or any part thereof. The parties further agree and acknowledge that this Settlement Agreement represents a fair, reasonable, good faith and arms-length compromise of disputed issues and claims. Notwithstanding, Plaintiff represents, warrants, and agrees that the amounts paid by or on behalf of the Company pursuant to this Agreement represent payment-in-full of (a) the Alleged Compensation Amount; and (b) any and all others amounts, including but not limited to alleged unpaid wages, alleged liquidated damages, and costs and attorneys' fees, to which the Plaintiff claims or may claim entitlement as against the Company, including amounts pursuant to the Fair Labor Standards Act of 1938, as amended.

CD Initials

EXHIBIT "A"

4. The parties agree and stipulate to the entry of an order approving this Settlement Agreement and dismissing the Civil Action with prejudice, and they agree to request that the District Court retain jurisdiction to enforce the terms of this Settlement Agreement, should such enforcement be necessary.

5. In the event that there is any litigation (including appellate proceedings or arbitration) arising out of or relating to this Agreement, the prevailing party shall recover, in addition to any and all other relief, her or its attorneys' fees and expenses.

[SIGNATURES APPEAR ON FOLLOWING PAGE.]

CD Initials

EXHIBIT "A"

TAYLOR ORTHODONTIC SPECIALISTS, P.A.

By: _____
    RONALD S. TAYLOR, its President

Dated: 1/8/15

_____
RONALD S. TAYLOR

Dated: 1/8/15

_____
CELIDA DIAZ

Dated: _____

**CD Initials ___**

EXHIBIT "A"

TAYLOR ORTHODONTIC SPECIALISTS, P.A.

By: _____
      RONALD S. TAYLOR, its President

Dated: _____


_____
RONALD S. TAYLOR

Dated: _____


_____
CELIDA DIAZ

Dated: 12/30/14


CD Initials ____

EXHIBIT "A"